# DECLARATION

I, Li Yuen Tung (name), of Suite 2207, Tower 2, Lippo Centre 89 Queensway, Admiralty, Hong Kong (address), solemnly and sincerely declare that:

This information contained in the Affirmation attached marked "A", "B". is true and correct.

And I make this solemn declaration conscientiously believing the same to be true and by virtue of the Oaths and Declarations Ordinance.

(signature of declarant)

Declared at Wan Chai District Office in the HKSAR this ______ day of 6 MAY 2021 20____,

~~#through the interpretation of ______ (name) of ______~~

~~______ (address and occupation), the said interpreter having been also first declared/sworn* that he/she* had truly, distinctly, and audibly interpreted the contents of this document to the declarant, and that he/she* would truly and faithfully interpret the declaration about to be administered to him/her*.#~~

Before me,

LUI Shing-chiu

Commissioner for Oaths

~~#I ______ (name), of ______ (address), solemnly and sincerely declare/swear* that I well understand the official language in which this document is written and ______ language and that I have truly, distinctly, and audibly interpreted the contents of this document to the declarant ______ (name), and that I will truly and faithfully interpret the declaration about to be administered to him/her*.~~

~~(signature of interpreter)~~

~~Declared/Sworn* at ______ in the HKSAR this ______ day of ______ 20____.~~

~~Before me,~~

~~Commissioner for Oaths#~~

#__# Please delete the relevant paragraphs if no interpreter is involved
*Please delete where appropriate
HAD 5(S)Rev 1/2019

# EXHIBIT "A"

This is the exhibit marked "A" referred to in the Declaration of LI YUEN TUNG declared before me on

- 6 MAY 2021

LUI Shing-chiu
Commissioner for Oaths

# WARNING
AVERTISSEMENT

**Identity and address of the addressee** / Identité et adresse du destinataire

**Amperex Technology Limited**
3503 Wharf Cable TV Tower
9 Hoi Shing Road
Tsuen Wan, New Territories
Hong Kong SAR China

## IMPORTANT

**THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.**

**IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.**

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

## TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Greater Waco Legal Services
1700 Colcord Ave,
Waco, TX 76707, USA
+1.254.733.2828

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

2:20 pm



Generated by: HAGUE ENVOY

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| MAXELL HOLDINGS, LTD., | ) | |
| | ) | |
| PLAINTIFF, | ) | Civil Action No. 6:21-cv-00347 |
| v. | ) | |
| | ) | |
| AMPEREX TECHNOLOGY LIMITED, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## AFFIDAVIT OF SERVICE UPON DEFENDANT AMPEREX TECHNOLOGY LIMITED

**Comes now Li Yuen Tung, who, upon oath, states the following:**

1. I am a non-party to this action over the age of 19 years;

2. I am authorized to serve legal process in Hong Kong, China;

3. I am a process server employed by the firm of Anderson & Anderson LLP;

4. On Wednesday, 14th April, 2021, my company was instructed by Aaron Lukken, Esq. of Viking Advocates, LLC of Kansas City, Missouri, in turn instructed by Erik Shallman, Esq., of Vinson & Elkins, LLP, counsel for the plaintiff, to serve upon defendant Ameperex Technology Limited ("Amperex") the following documents pertaining to the case at bar:

- Hague Service Convention "Warning"
- Hague Service Convention "Summary of the Document to Be Served"
- Summons in a Civil Action
- Complaint for Patent Infringement with Exhibits 1-4
- Civil Cover Sheet

5. According to plaintiff's counsel, Amperex's address for service Room 3503, Wharf Cable TV Tower, 9 Hoi Shing Road, Tsuen Wan, New Territories, Hong Kong, SAR, China.

6. On 27th April 2021, at approximately 2:12p.m., I arrived at Room 3503, Wharf Cable TV Tower, 9 Hoi Shing Road, with the intention of serving the above-listed documents on Amperex.

7. At approximately 2:18p.m. I arrived at Room 3503, 35th Floor of Wharf Cable TV Tower, a Chinese woman, who identified herself as Ms. Wong, approximately 41 years of age, about 5 feet 2 inches, in height, weighing about 130 pounds with black long tied hair, wearing a pair of round glasses, accepted the documents in an envelope I gave her on behalf of Amperex Technology Limited. I also gave her an additional page of the WARNING for acknowledgement of service and asked her to seal this page as an acknowledgement of receipt of the envelope and the contents therein. She affixed the company's seal of Amperex Technology Limited as acknowledging receipt of the documents on behalf of the Defendant, Amperex Technology Limited on the top of the page of WARNING and she also wrote the time 2:20p.m. and signed her initial at the bottom of the same page. See **Exhibits "A"**.

8. I believe that service has been effected upon the Defendant, Amperex Technology Limited by a method prescribed by the internal law of Hong Kong, China for civil matters within this jurisdiction, and thus in accordance with Article 10(c) of the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters; and all information herein given accords with the rules and customary procedures applicable in the Hong Kong Special Administrative Region at the time of effecting service.

I declare under penalty of perjury under the laws of the United States and Hong Kong that the forgoing statements are true and accurate to the best of my knowledge and belief.

Respectfully submitted,

This is the exhibit marked "B" referred to in the Declaration of Li Yuen Tung declared before me on - 6 MAY 2021
LUI Shing-chiu
Commissioner for Oaths

Li Yuen Tung, Process Server
6th May, 2021
Hong Kong, China

[NOTARY or COMMISSIONER OF OATHS STAMP/INFORMATION]