# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MAXELL HOLDINGS, LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> AMPEREX TECHNOLOGY LIMITED, <br><br> *Defendant.* | CIVIL ACTION NO. 6:21-cv-347-ADA <br><br> **JURY TRIAL DEMANDED** |

## SCHEDULING ORDER

| Default Deadline | Deadline | Event |
|---|---|---|
| 7 weeks after CMC[1] | September 10, 2021 | Defendant serves preliminary invalidity contentions[2] in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101.  Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| 9 weeks after CMC | September 24, 2021 | Parties exchange claim terms for construction. |

---

[1] Pursuant to the Court's AMENDED STANDING ORDER REGARDING NOTICE OF READINESS FOR PATENT CASES (Dkt. No. 9), the CMC is deemed to have occurred on July 23, 2021.

[2] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served and should do so seasonably upon identifying any such material. Any amendment to add claims requires leave of court so that the Court can address any scheduling issues.

| Default Deadline | Deadline | Event |
| --- | --- | --- |
| 3 months after filing of Defendant's Motion to Dismiss | October 1, 2021 | Close of Jurisdictional Discovery |
| 11 weeks after CMC | October 8, 2021 | Parties exchange proposed claim constructions. |
| 12 weeks after CMC | October 15, 2021 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony.[3] With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| 2 weeks after Close of Jurisdictional Discovery | October 15, 2021 | Plaintiff files response to Defendant's Motion to Dismiss |
| 13 weeks after CMC | October 22, 2021 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| 14 weeks after CMC | October 29, 2021 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| 2 weeks after Plaintiff's response to Defendant's Motion to Dismiss | October 29, 2021 | Defendant files reply in support of its Motion to Dismiss |
| 17 weeks after CMC | November 19, 2021 | Plaintiff files Responsive claim construction brief. |
| 19 weeks after CMC | December 10, 2021 | Defendant files Reply claim construction brief. |
| 21 weeks after CMC | January 3, 2022 | Plaintiff files a Sur-Reply claim construction brief. |
| 3 business days after submission of sur-reply | January 6, 2022 | Parties submit Joint Claim Construction Statement. *See* General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |

---

[3] Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party.

| **Default Deadline** | **Deadline** | **Event** |
|---|---|---|
| 22 weeks after CMC (but at least 10 days before *Markman* hearing) | January 7, 2022 | Parties submit optional technical tutorials to the Court and technical adviser (if appointed).[4] |
| 23 weeks after CMC (or as soon as practicable) | January 18, 2022 | *Markman* Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the Markman hearing approaches. |
| 1 business day after *Markman* hearing | January 19, 2022 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| 6 weeks after *Markman* hearing | March 1, 2022 | Deadline to add parties. |
| 8 weeks after *Markman* hearing | March 15, 2022 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| 16 weeks after *Markman* hearing | May 10, 2022 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| 26 weeks after *Markman* hearing | July 19, 2022 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| 30 weeks after *Markman* hearing | August 16, 2022 | Close of Fact Discovery. |
| 31 weeks after *Markman* hearing | August 23, 2022 | Opening Expert Reports. |
| 35 weeks after *Markman* hearing | September 20, 2022 | Rebuttal Expert Reports. |
| 38 weeks after *Markman* hearing | October 11, 2022 | Close of Expert Discovery. |

---

[4] The parties should contact the law clerk to request a Box link so that the party can directly upload the file to the Court's Box account.

| Default Deadline | Deadline | Event |
| --- | --- | --- |
| 39 weeks after *Markman* hearing | October 18, 2022 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| 40 weeks after *Markman* hearing | October 25, 2022 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| 42 weeks after *Markman* hearing | November 8, 2022 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| 44 weeks after *Markman* hearing | November 29, 2022 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 45 weeks after *Markman* hearing | December 13, 2022 | Serve objections to rebuttal disclosures and File Motions *in limine*. |
| 46 weeks after *Markman* hearing | December 20, 2022 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| 47 weeks after *Markman* hearing | January 3, 2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 3 business days before Final Pretrial Conference. | January 12, 2023 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in *limine*. |

| Default Deadline | Deadline | Event |
| --- | --- | --- |
| 49 weeks after *Markman* hearing (or as soon as practicable) | January 17, 2023 | Final Pretrial Conference. |
| 52 weeks after *Markman* hearing (or as soon as practicable) | February 7, 2023 | Jury Selection/Trial. |

Signed this __13th__ day of August, 2021       _____
                                                                     Judge Alan D Albright
                                                                     United States District Judge