# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MAXELL, LTD.,<br><br>*Plaintiff,*<br><br>v.<br><br>AMPEREX TECHNOLOGY LIMITED,<br><br>*Defendant.* | CIVIL ACTION NO. 6:21-cv-347-ADA [LEAD CASE]<br><br>**JURY TRIAL DEMANDED** |
| AMPEREX TECHNOLOGY, LIMITED,<br><br>*Plaintiff,*<br><br>v.<br><br>MAXELL, LTD.<br><br>*Defendant.* | CIVIL ACTION NO. 6:21-cv-1007-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT (AGREED) MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), Local Rule CV-26(c), and Section VII of the Court's Standing Order Governing Proceedings (OGP) 4.0—Patent Cases, plaintiff Maxell, Ltd. and defendant Amperex Technology Limited hereby submit this Joint Motion for Entry of Protective Order in the above-captioned litigation. Having agreed upon the terms included therein, the parties respectfully request that the Court grant this motion and enter the proposed Protective Order, attached hereto as Exhibit A.

US 8752642

| | |
|---|---|
| Dated:  March 25, 2022 | Respectfully submitted, |
| VINSON & ELKINS LLP | GREENBERG TRAURIG, L.L.P. |
| */s/ Erik Shallman* | */s/ David S. Bloch (with permission)* |
| Hilary L. Preston | Craig A. Duewall |
| Texas Bar No. 24062946 | Texas Bar No. 24025334 |
| hpreston@velaw.com | Joseph W. Shaneyfelt |
| Jeffrey T. Han | Texas Bar No. 24105406 |
| Texas Bar No. 24069870 | GREENBERG TRAURIG, L.L.P. |
| jhan@velaw.com | 300 West Sixth Street, Suite 2050 |
| Erik Shallman | Austin, Texas 78701-4052 |
| Texas Bar No. 24113474 | Telephone: 512-320-7200 |
| eshallman@velaw.com | Email: duewallc@gtlaw.com |
| Corbin J. Cessna | Email: shaneyfeltj@gtlaw.com |
| Texas Bar No. 24120753 | |
| ccessna@velaw.com | Harold Davis (*pro hac vice*) |
| VINSON & ELKINS LLP | Howard Chen (*pro hac vice*) |
| 200 West 6th Street, Suite 2500 | David S. Bloch (*pro hac vice*) |
| Austin, TX  78701 | Yang Liu (*pro hac vice*) |
| 512.542.8400 Telephone | GREENBERG TRAURIG, L.L.P. |
| 512.542.8612 Facsimile | Four Embarcadero Center, Suite 3000 |
| | San Francisco, CA 9411 |
| Eric J. Klein | Telephone: 415-655-1300 |
| Texas State Bar No. 24041258 | Email: davish@gtlaw.com |
| eklein@velaw.com | Email: chenh@gtlaw.com |
| Paige H. Wright | Email: blochd@gtlaw.com |
| Texas Bar No. 24109833 | Email: yangliu@gtlaw.com |
| pwright@velaw.com | |
| VINSON & ELKINS LLP | James DeCarlo (*pro hac vice*) |
| 2001 Ross Avenue, Suite 3900 | GREENBERG TRAURIG, L.L.P. |
| Dallas, TX  75201 | 500 Campus Drive, Suite 400 |
| 214.220.7700 Telephone | Florham Park, NJ 07932 |
| 214.220.7716 Facsimile | Telephone: 973-360-7938 |
| | Email: decarloj@gtlaw.com |
| **ATTORNEYS FOR PLAINTIFF** | |
| **MAXELL, LTD.** | Rose Cordero Prey (*pro hac vice*) |
| | GREENBERG TRAURIG, LLP |
| | One Vanderbilt Avenue |
| | New York, NY 10017 |
| | New York, NY 10166 |
| | Telephone: 212-801-9200 |
| | Email: preyr@gtlaw.com |

-3-

        Nigamnarayan Acharya (*pro hac vice*)
        GREENBERG TRAURIG, LLP
        333 Piedmont Road, Ne, Suite 2500
        Atlanta, GA 30305
        Telephone: 678-553-2100
        Email: acharyan@gtlaw.com

        Charles Everingham IV
        WARD, SMITH, & HILL, PLLC
        Tex. Bar No. 00787447
        1507 Bill Owens Parkway
        Longview, Texas 75604
        Telephone: 903-757-6400
        Email: ce@wsfirm.com

        **ATTORNEYS FOR DEFENDANT**
        **AMPEREX TECHNOLOGY LIMITED**

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2022, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

        */s/ Erik Shallman*
        Erik Shallman