IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MAXELL, LTD.,<br><br>*Plaintiff,*<br><br>v.<br><br>AMPEREX TECHNOLOGY LIMITED,<br><br>*Defendant.* | CIVIL ACTION NO. 6:21-cv-347-ADA<br>[LEAD CASE]<br><br>**JURY TRIAL DEMANDED** |
| AMPEREX TECHNOLOGY, LIMITED,<br><br>*Plaintiff,*<br><br>v.<br><br>MAXELL, LTD.<br><br>*Defendant.* | CIVIL ACTION NO. 6:21-cv-1007-ADA<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF MAXELL, LTD.'S NOTICE OF NON-OPPOSITION TO AND JOINDER WITH DEFENDANT AMPEREX TECHNOLOGY LIMITED'S RENEWED MOTION TO STAY IN LIGHT OF FINAL WRITTEN DECISION ON *INTER PARTES* REVIEW INVALIDATING ALL ASSERTED PATENTS**

Plaintiff Maxell, Ltd. ("Maxell") hereby withdraws its opposition to Defendant Amperex Technology Limited's ("ATL's") Renewed Motion to Stay in Light of Final Written Decision on *Inter Partes* Review Invalidating All Asserted Patents (Dkt. No. 255, "Motion"), filed on March 31, 2023. Maxell now joins ATL in its request to stay the above-captioned litigation and respectfully requests that the Court enter the proposed order attached hereto, which notes Maxell's joinder but is otherwise exactly the same as the proposed order submitted by ATL. Counsel for Maxell and ATL have conferred and respectfully request that the stay apply to all deadlines going forward, including those for pretrial disclosures and any deadlines to supplement expert reports.

-2-

| | |
|---|---|
| Dated: April 4, 2023 | Respectfully submitted,<br><br>VINSON & ELKINS LLP<br><br>*/s/ Hilary L. Preston*<br>Hilary L. Preston<br>Texas Bar No. 24062946<br>hpreston@velaw.com<br>Jeffrey T. Han<br>Texas Bar No. 24069870<br>jhan@velaw.com<br>Erik Shallman<br>Texas Bar No. 24113474<br>eshallman@velaw.com<br>Corbin J. Cessna<br>Texas Bar No. 24120753<br>ccessna@velaw.com<br>Patrick Wroe<br>Texas Bar No. 24131785<br>pwroe@velaw.com<br>VINSON & ELKINS LLP<br>200 West 6th Street, Suite 2500<br>Austin, TX  78701<br>512.542.8400 Telephone<br>512.542.8612 Facsimile<br><br>Eric J. Klein<br>Texas State Bar No. 24041258<br>eklein@velaw.com<br>Paige H. Wright<br>Texas Bar No. 24109833<br>pwright@velaw.com<br>VINSON & ELKINS LLP<br>2001 Ross Avenue, Suite 3900<br>Dallas, TX  75201<br>214.220.7700 Telephone<br>214.220.7716 Facsimile<br><br>**ATTORNEYS FOR PLAINTIFF MAXELL, LTD.** |

US 9950610

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2023, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

*/s/ Hilary L. Preston*
Hilary L. Preston

US 9950610